IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0358

_____

WESTVIEW MOBILE HOME PARK, LLC,

      Plaintiff, Appellee,
      and Cross-Appellant.

    v.

DAVID LOCKHART AND DOREEN
LOCKHART,

      Defendants and Appellants.

------------------------------------------------------------

GREENER MONTANA PROPERTY
MANAGEMENT, LLC, TRAVIS MARTINEZ,
Individually and KRISTYN MARTINEZ,
Individually,

      Plaintiffs and Appellees,

    v.

HYDI CUNNINGHAM,

      Defendant and Appellant

ORDER

_____

This cause, which was previously classified for submission on briefs to a five-justice panel, is hereby reclassified for submission to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Shane A. Vannatta and the Honorable Howard F. Recht, District Judges.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 23 2023